United States Courts
Southern District of Texas
FILED

AUG 14 2019

David J. Bradley, Clerk of Court

STATE OF TEXAS
COUNTY OF NUECES
FIFTH ADMINISTRATIVE JUDICIAL DISTRICT
AT CORPUS CHRISTI

GREGORY SWANK FORBES, PRO SE                                     PLAINTIFF


          VS.                          CIVIL ACTION NO: _____


THE GEO GROUP, INC., CORRECT CARE SOLUTIONS, LLC,
COASTAL BEND DETENTION CENTER
(CBDC), MAJOR FNU GULINDO, CBDC,
officially and in his individual
capacity, SERGEANT FNU GARCIA, CBDC,          PRISONER'S
officially and in his individual              COMPLAINT UNDER
capacity, OFFICER FNU RAMIREZ, CBDC,          THE CIVIL RIGHTS ACT
officially and in his individual              42 U.S.C. § 1983
capacity, OFFICER FNU DEK, CBDC,
officially and in his individual
capacity, NURSE FNU SANCHEZ, CBDC,
officially and in her individual
capacity, NURSE FNU DABBS, CBDC,
officially and in her individual
capacity, LVN FNU MEDRANO, CBDC,
officially and in his individual
capacity, and OTHER JOHN AND JANE
DOES also in their official and
individual capacities                                           DEFENDANTS


COMPLAINT FOR DAMAGES
(THE PLAINTIFF DEMANDS A TRIAL BY JURY)


     This is an action to recover damages from the defendants

for violations of the Fourth, Sixth and Fourteenth Amendments

to the United States Constitution, while acting under color of

State of Texas Constitution laws, statutes and regulations.


PARTIES


1.   Plaintiff, **Gregory Swank Forbes**, is an adult resident citizen

of Raleigh County, West Virginia, residing at F.C.I. Beckley, P.O.

Box 350, Beaver, WV 25813.

1.   Defendant, **THE GEO GROUP, INC.** is a private corporation incarcerating state and federal prisoners at the Coastal Bend Detention Center, Robstown, TX and may be served process at The GEO Group, Inc., Corporate Headquarters, One Park Place, Suite 700, 621 Northwest 53rd Street, Boca Raton, FL 33487.

3.   Defendant, **COASTAL BEND DETENTION CENTER** is a penal institution located in Robstown, TX 78390 and is a subdivision of The GEO Group, Inc. and may be served with process at 4904 FM 2826, Robstown, TX 78380.

4.   Defendant, **MAJOR FNU GULINDO** is the duly employed chief correctional officer at Coastal Bend Detention Center and is believed an adult resident citizen of Nueces County, TX and may be served with process at 4909 FM 2826, Robstown, TX 78380. At all times material hereto, **MAJOR FNU GULINDO,** as the duly employed chief correctional officer at C.B.D.C. was vested with the authority and duty to supervise, train, set, enforce policies and procedures, including the administering of prescribed medications at C.B.D.C. **MAJOR FNU GULINDO** is sued in his official and individual capacities.

5.   Defendant, **SEARGEANT FNU GARCIA,** is a duly employed supervisory correctional officer at Coastal Bend Detention Center and is believed to be an adult resident citizen of Nueces County, TX and may be served with process at 4909 FM 2826, Robstown, TX 78380. At times material hereto, **SERGEANT FNU GARCIA** was vested with the authority to ensure, supervise, train and enforce policies and procedures, including the issuance of prescribed medications at C.B.D.C. for incarcerated prisoners. **SERGEANT FNU GARCIA** is sued in his of-

ficial and individual capacities.

6.   Defendant, **OFFICER FNU RAMIREZ,** is a correctional officer at Coastal Bend Detention Center and is believed to be an adult citizen resident of Nueces County, TX and may be served with process at 4909 FM 2826, Robstown, TX 78380. AT all times material hereto, **OFFICER FNU RAMIREZ** was vested with the duty to enforce policies and procedures at C.B.D.C. **OFFICER FNU RAMIREZ** is sued in his official and individual capacities.

7.   Defendant, **OFFICER FNU DEK,** is a correctional officer employed at Coastal Bend Detention Center and is believed to be an adult resident citizen of Nueces County, TX and may be served with process at 4909 FM 2826, Robstown, TX 78380. At all times material hereto, **CBDC OFFICER FNU DEK** was vested with the duty to enforce policies and procedures at C.B.D.C. **OFFICER FNU DEK** is sued in his official and individual capacities.

8.   Defendant, **NURSE FNU SANCHEZ,** is employed as a detention center nurse at the Coastal Bend Detention Center and is believed to be an adult resident citizen of Nueces County, TX. At all times material hereto, **NURSE FNU SANCHEZ** is a professionally trained medical nurse vested with the authority to ensure all inmates confined at C.B.D.C. receive necessary and professional medical care and in particular, those specific medications intended for Plaintiff Forbes. **NURSE FNU SANCHEZ** is sued in her official and individual capacities.

3

9.   Defendant, **NURSE FNU DABBS**, is employed as a nurse at the Coastal Bend Detention Center and is believed to be an adult resident citizen of Nueces County, TX. At all times material hereto, **NURSE FNU DABBS** is a professionally trained nurse vested with the authority to ensure all inmates confined at C.B.D.C. receive necessary and professional medical care and in particular those medications prescribed and intended for consumption by Plaintiff Forbes. **NURSE FNU DABBS** is sued in her official and individual capacities.

10.   Defendant, **LVN FNU MEDRANO,** is employed as a professional trained medical specialist and is believed to be an adult resident citizen of Nueces County, TX. AT all times hereto, **LVN FNU MEDRANO** was vested with the authority to ensure Plaintiff Forbes received all medications explicitly prescribed and ordered for Plaintiff Forbes by hospital and C.B.D.C. physicians while incarcerated at C.B.D.C. **LVN FNU MEDRANO** is sued in his official and individual capacities.

11.   The Defendants, unknown, **JOHN AND JANE DOES,** employed at Coastal Bend Detention Center as correctional and medical staff, identities are not known to the Plaintiff at this time. However, it is believed that they are adult resident citizens of Nueces County, TX and through the discovery process it is believed that their identities will become known and at the time will seek leave of this Honorable Court to amend his Complaint and fully identify the unknown persons and serve them with process for wrongs committed and egregious violations against the rights, privileges and property of the Plaintiff, **GREGORY SWANK FORBES.**

4

12. Defendant, Correct Care Solutions, LLC is a private corporation and may be served at 1283 Murfreesboro Road, Nashville, TN 37217.

Moreover, all of which are alleged were committed in their of- and individual capacities, as employees of the GEO Group, Inc. and Correct Care Solutions, Inc. and the Coastal Bend Detention Center, or other individuals acting in concert with such person or persons names as Defendants herein or who may be discovered to have acted in a manner detrimental to the rights, privileges and immunities of the Plaintiff, **GREGORY SWANK FORBES.**

## JURISDICTION

This Court has jurisdiction over the claim asserted against the Defendants named herein on the grounds that the claim is as- serted for a specific and credible reason(s) purusuant to the laws of the State of Texas and the Texas Tort Claims Act and because:

   a.   There is complete diversity between the Plaintiff and all defendants; and

   b.   The matter in controversy exceeds, exclusive of fees, interest and costs, the sum of $5,000,000.00 U.S. dollars.

## STATEMENT OF CLAIM

Plaintiff Gregory S. Forbes will indisputably demonstrate and reveal a continuing pattern of both correctional and medical staff blatantly committing vast constitutional violations and **"deliber- ate indifference"** to know serious medical needs and a denial of desperately needed heart medication(s) by the previously named

5

## STATEMENT OF CLAIM CONT'D

defendants, to wit: The GEO Group, Inc.; Correct Care Solutions, LLC and Coastal Bend Detention Center. Forbes alleges prisons officials responded to his serious medical needs with deliberate indifference. "The Eighth Amendment prohibits punishment that is unnecessary and a wanton infliction of pain." **Walker v. Butler**, 967 F.2d 176, 178 (5th Cir. 1992) (citing **Estelle v. Gamble**, 429 U.S. 97, 104, 97 S.Ct. 285, 50 L.Ed.2d 251 (1976). Treating the serious medical needs of inmates with **deliberate indifference** "constitutes the unnecessary and wanton infliction of pain and states a cause of action under Title 42 U.S.C. § 1983. See **Cullum v. Tex. Dep't of Criminal Justice**, 375 Fed.Appx. 417 (S.D. of Texas 2008).

"To establish liability based on a delay in medical treatment, Forbes will, without question, demonstrate **deliberate indifference** to serious medical needs that resulted in substantial harm." **Alderson v. Concordia Par. Corr. Facility**, 848 F.3d 415, 422 (5th Cir. 2017). Forbes can show deliberate indifference with evidence that a prison official "refused to treat him, ignored his complaints, intentionally treated him incorrectly, or engaged in any similar conduct that would clearly evince a wanton disregard for any serious medical needs." See **Johnson v. Treen**, 759 F.2d 1236, 1238 (5th Cir. 1985). The pain that an inmate suffers during the delay caused by deliberate indifference is harm sufficient to support an award of damages. **Alderson**, 848 F.3d at 422.

STATEMENT OF CLAIM (continued):

While detained in federal pretrial custody at the Coastal Bend Detention Center in Robstown, Texas, in April of 2017, Gregory S. Forbes began experiencing severe pain in his chest. Forbes has a documented history of congestive heart failure in which both medical personnel and correctional officers were made acutely aware of when committed to Coastal Bend Detention Center ("CBDC") by the U.S. Marshals Service. Notably, CBDC medical records will indisputably reveal Plaintiff Forbes went so far as to bring his previously prescribed heart medication(s) with him when transported to C.B.D.C.

A serious medical need is one that has been diagnosed by a physician as mandating treatment or one that is so obvious that even a lay person would easily recognize the necessity for a doctor's attention. Establishing deliberate indifference to that serious medical need requires the plaintiff to demonstrate: (1) subjective knowledge that serious harm is possible, (2) disregard of that risk, and (3) conduct that is more than mere negligence. Conduct that is more than mere negligence may include: (1) knowledge of a serious medical need and a failure or refusal to provide care, (2) delaying treatment, (3) grossly inadequate care, (4) a decision to take an easier but less efficacious course of treatment, or (5) medical care that is so cursory as to amount to no treatment at all.

Incredously, Forbes was placed in the "general population" and predictably suffered a heart attack two weeks later as a direct result of C.B.D.C. medical personnel failing to ensure Forbes continued to

7

receive his regiment of prescribed medications. See **Galvan v. Calhoun City**, 719 Fed. Appx. 372 (5th Cir. 2018); see also **Childers v. San Saba City**, 714 Fed. Appx. 318 (5th Cir. 2018).

Thereupon, Forbes was immediately transported by ambulance to Christian Spohn Hospital located in Corpus Christi, Texas where he remained for three (3) weeks following emergency open heart surgery. Not long after his return to C.B.D.C., Plaintiff Forbes was released on bail by the Court from C.B.D.C. and sent home to his residence. Regrettably, during his release on bail Forbes suffered not one, but two (2) strokes as a result of the open heart surgery performed at Christian Spohn Hospital and was unable to appear in U.S. District Court for his scheduled court hearing(s). Thus, the Court revoked Forbes bail effectuating his immediate return to C.B.D.C. by the U.S. Marshals Service.

While incarecerated at C.B.D.C. in pretrial custody, Plaintiff Forbes was egregiously denied forty (40) doses of his heart medication by both medical and correctional officers alike. Unconscionably, the previously named defendants inexorably refused to dispense Forbes' sorely needed heart medications simply because the C.B.D.C. staff had yet to provide him with the required institution identification card. Interestingly, the correctional and medical staff at C.B.D.C. were well aware of Plaintiff Forbes' identification and serious medical needs. Here, once again, the defendants imprudently exposed Forbes to a life threatening and unacceptable situation. See EXHIBIT "A"; see also **Mayweather v. Foti**, 958 F.2d 91 (5th Cir. 1992); **Hairston v. Negron**, 557 Fed. Appx. 884 (11th Cir. 2014).

8

Prison officials violate the Eighth Amendment when they act with **deliberate indifference** to an inmate's serious medical needs giving rise to a cause of action under 42 U.S.C. § 1983. Claims of **deliberate indifference** to the obvious serious medical needs of pretrial detainees are governed by the Fourteenth Amendment rather than the Eighth Amendment. However, pretrial detainees such as Forbes are to be afforded the same protections as prisoners. See **Daniels v. Jacobs**, 2018 U.S. Appx. LEXIS 28990 (Oct 16, 2018).

Moreover, cases analyzing **deliberate indifference** of pretrial detainees and prisoners can be used interchangably. 42 U.S.C. § 1983 provides a remedy for the deprivation of federal civil rights by a person acting under color of state law. 42 U.S.C. § 1983. To prevail on a claim of deliberate indifference, Plaintiff Forbes can and will show: (1) a serious medical need, (2) the defendant's deliberate indifference to that need, and (3) causation between the defendent's indifference and the Plaintiff's injury. See **Gibson v. Collier**, 2019 U.S. App. LEXIS 9397 (5th Cir. 2019).

Plaintiff Forbes further submits his heart medicine was at best administered in a sporadic manner by C.B.D.C. medical staff and unbelievably two (2) days before Thanksgiving in November of 2017, had completly exhausted it's entire inventory and stock of heart medication at the C.B.D.C. pharmacy. This inexcusable detail and attention to heart medications, or lack thereof, by the aforesaid defendants, uncontestably caused Plaintiff Forbes to suffer and endure another severe and painful heart attack requiring his hospitalization. **Tustin v. Livingston**, 2019 U.S. App. LEXIS 10144

9

(5th Cir. 2019).

After spending three (3) days in Christian Spohn Hospital, Plaintiff Forbes was scheduled to be released and thereupon transported to C.B.D.C. However, prior to Forbes discharge medical staff at Christian Spohn Hospital felt it only prudent to ensure Forbes would be provided his specific heart medicine in order to prevent any further injury to his seriously damaged heart. Thus, a telephone call was placed to defendant Nurse FNU Dabbs at C.B.D.C. by Christian Spohn Hospital staff to confirm the existence of such medications in it's pharmacy inventory. C.B.D.C. defendant Nurse Dabbs confirmed, albeit mendaciously, the presence of Forbes' heart medication in its pharmacy resulting in Forbes immediate discharge and his return to C.B.D.C. **Easter v. Powell**, 467 F.3d 459, 461-65 (5th Cir. 2006).

Upon his arrival at C.B.D.C., Plaintiff Forbes soon discovered defendant Nurse Dabbs had obtrusively and shamelessly lied to the staff at Christian Spohn Hospital staff as no such heart medicine existed nor was it available to him. Subsequently a mere ten (10) hours later, Plaintiff  Forbes sustained his worse heart attack yet as a direct result of the C.B.D.C. pharmacy and its medical staff failing to provide him with the desperately needed heart medication allegedly on hand. **Harris v. Hegmann**, 198 F.3d 153, 159-160 (5th Cir. 1999).

When the EMT's arrived at C.B.D.C. to transport Forbes to the Hospital for this latest heart attack, the EMT inquired, "Has Mr. Forbes been provided his heart medication?" At which time C.B.D.C. medical staff responded by brazenly lying, "Yes, he has!" This was

10

nothing more than a total distortion of the truth as Plaintiff had <u>not</u> <u>been</u> <u>provided</u> <u>any</u> <u>heart</u> <u>medication</u>.

A thorough examination by trained medical professionals at Christian Spohn Hospital determined Forbes was in dire need of additional heart surgery. Curiously enough, this was only six (6) months after his first heart surgery. Appearing extremely agitated after being apprised of his latest medical setback, C.B.D.C. correctional officers needlessly, unnecessarily and inhumanely placed Plaintiff Forbes in four-point restraints in his hospital bed for an unfathomable <u>three</u> <u>(3)</u> <u>weeks</u>! During this specific time frame, Forbes suffered painful bed sores on both arms and backsides necessitating the implementation of a mattress type flotatation device. In addition, both wrists had to be bandaged as a direct consequence of the handcuffs and chains cutting into Forbes' exposed skin. The only time that the flesh-cutting handcuffs and chains were thankfully removed by C.B.D.C. staff, occurred during meals and when Forbes needed to relieve himself in the bathroom.

Once the physicians at Christian Spohn Hospital completed their methodical required and indispensable treatment of Plaintiff Forbes most recent heart complications, he was discharged and returned to C.B.D.C. where he remained in pretrial custody. It wasn't two (2) days later that the C.B.D.C. pharmacy depleted their inventory of heart medication(s) demanding Forbes be transported to Christian Spohn Hospital. Only this time Plaintiff Forbes was confined in a "medical cell" devoid of an emergenecy call button.

In this civil rights complaint, Plaintiff Forbes respectfully

asserts the defendants were deliberately indifferent in refusing or failng to provide physical **prescribed** **heart** **medication**(s). Delay in medical care, including prescribed medication(s) can constitute an Eighth Amendment violation if there has been deliberate indifferance which results in substantial harm. **Mendoza v. Lynaugh**, 989 F.2d 191, 195 (5th Cir. 1993)(emphasis added), cited with approval in **Easter v. Powell**, supra; see also **Flores v. Jaramillo**, 389 Fed. App'x. 393, 395 (5th Cir. 2010)(holding same as to pretrial detainee's Fourteenth Amendment rights).

Here, there is indisputable evidence that the failure of C.B.D.C. Medical staff, pharmacy personnel and correctional/custody staff to provide Plaintiff Forbes with heart medication(s) caused him harm, injury and pain.

## RELIEF

Petitioner Forbes is seeking five million dollars in punitive damages as a direct consequence of the mental and physical suffering imposed upon him by the above named defendant's in their individual and official capacity. In addition, Petitioner is entitled to compensatory damages because of the wanton, reckless, malacious, and oppressive character of the acts complained of.

Done this **29th** day of **July, 2019**

_____
_____
_____

Signature of Plaintiff or Plaintiffs

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **July, 29 2019**

Signature of Movant/Plaintiff

_____N/A_____
Signature of Attorney
(if any)

13

# EXHIBIT A

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para: CASE Manager

Your request will be answered quicker, if you submit to the appropriate department. (Su petición sera contestada mas rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian                          ☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian      ☐ Property / Propiedad

☐ Major / Mayor                              ☐ Kitchen / Cocina

☐ Classification / Clasificación             ☐ Library / Biblioteca

☐ Laundry / Lavandería                       ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial            ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 9/30/17                        Housing / Dormitorio: A-44

From / De: Gregory Forbes                     ID # / Numero de ID: 24609479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): I would like a New ID CARD PleasE I can Not Find my original onE

Staff Response / Contestacion: _____

Staff Signature: _____   Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para: CASE MaNageR

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian                    ☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian    ☐ Property / Propiedad

☐ Major / Mayor                        ☐ Kitchen / Cocina

☐ Classification / Clasificación        ☐ Library / Biblioteca

☐ Laundry / Lavanderia                 ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial       ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 9/30/19                   Housing / Dormitorio: A-44

From / De: Gregory Foster               ID # / Numero de ID: _____

Reason / Razon; You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): _____

Staff Response / Contestacion: _____

Staff Signature: _____    Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

- [ ] Warden / Guardian
- [ ] Assistant Warden / Asistente Guardian
- [X] Major / Mayor
- [ ] Classification / Clasificación
- [ ] Laundry / Lavanderia
- [ ] Special Visit / Visita Especial
- [ ] Detainee Telephones / Teléfono de Detenido

- [ ] Chaplain / Capellán
- [ ] Property / Propiedad
- [ ] Kitchen / Cocina
- [ ] Library / Biblioteca
- [ ] Mailroom / Cuarto de Correo
- [ ] Offender Trust Fund / Dinero de Delincuente

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/1/17          Housing / Dormitorio: B

From / De: Gregory Forbes          ID # / Numero de ID: 29609479

Reason / Razon. You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor): I deperately Need A New ID CARD I No longer have one The other one my original one was lost I put in a request to my CASE WORKER but No RESPONSE

Staff Response / Contestacion: _____

Staff Signature: _____          Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian            ☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian     ☐ Property / Propiedad

☐ Major / Mayor                 ☐ Kitchen / Cocina

☐ Classification / Clasificación         ☐ Library / Biblioteca

☐ Laundry / Lavandería           ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial        ☒ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/32/17             Housing / Dormitorio: A-44

From / De: _____         ID # / Numero de ID: 24609479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): _____

Staff Response / Contestación: _____

Staff Signature: _____      Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



**The GEO Group, Inc.**

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

| ☐ Psychological Complaint<br>Motivo Psicológico | ☒ Medical Complaint<br>Motivo Médico | ☐ Dental Complaint<br>Motivo Dental |
|---|---|---|

**Print:** _____

Letra-Molde:    Inmate's Name            Number     Housing Location   Duty Hours
               Nombre del Preso          Numero   Sitio de Vivienda  Horas de Trabajo

**Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.**

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

**PROBLEM/QUEJA:** I was told on 9/30/17 by the Medical provider I Neded AN ID to receive my medicine _____

_____

_____

_____

_____

_____

**Inmate's Signature/Firma del Preso**       **Date of Request/Fecha de Solicitud**
                                                  10/03/17

═══ DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA ═══

**Date/Time Received:** _____

**Date/ Time Triaged:** _____

☐ Written Response (see below)   ☑ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

**ACTION TAKEN:** _____

_____

_____

_____

_____

_____


**Medical Staff Signature**                                      **Date**

Rev 2/11, 6/11                                               HS-154 (SP)

## The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

**To / Para:**

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian

☐ Assistant Warden / Asistente Guardian

☐ Major / Mayor

☐ Classification / Clasificación

☐ Laundry / Lavandería

☐ Special Visit / Visita Especial

☐ Detainee Telephones / Teléfono de Detenido

☐ Chaplain / Capellán

☐ Property / Propiedad

☐ Kitchen / Cocina

☐ Library / Biblioteca

☐ Mailroom / Cuarto de Correo

☐ Offender Trust Fund / Dinero de Delincuente

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/04/17    Housing / Dormitorio: A-44

From / De: Gregory Forbes    ID # / Numero de ID: 246C9479

**Reason / Razon:** You must be specific in your request so the staff can better answer (Usted debe ser especifico en su petición para que el personal le pueda contestar mejor): Please Help me It has been 5 days That I've been Trying to get my ID so I CAN receive my meds. IGO's medical Request, Grievences, Phone Calls to love ones, Verbally asking GEO officers. All I have received is Yellow copies say ID provided. I have explained I lost my original ID. I Don't see the problem in getting me a New one. Over 40 dosages of my meds missed and I've exhausted All Avenues. I Know This is my Third request To you and the second I have marked URGENT This life Threatening Situation just Keep getting worse by the DAY I have been rushed to the Hospital TWICE from CBDC for

**Staff Response / Contestacion:** my heart and am scared and desperately Trying to Prevent a Third TYM It AM following VHer Nobody is simply is Not Looking If they would Why PLEASE Help

Staff Signature: _____    Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

## The GEO Group, Inc.
### DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: _Gregory Ferks_  Detainee ID Number: _246094 79_
Nombre Del Preso  Número Del ID Preso

Housing Unit: _Costal Bend Detention Cntr_  Housing Dorm: _A-44_
Unidad Vivienda  Dormitorio

Check if an Emergency Grievance:  ☒ yes (si)  ☐ no (no)
Marque si es una queja de emergencia

| OFFICE USE ONLY – Para Uso De La Oficina Solamente |
|---|

Unit Number: _____  Code: _____
Date Received: _____  GC Signature: _____
WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance  ☐ Emergency Grievance  Warden or Designee Approval: _____

**Specify how and when informal resolution was attempted / Especifique como y cuando trato de hallar una solution informal:**
Filed A Detainee Request form with Case manager Requesting New ID on 9/30/17
Filed A Detainee Request form with Unit Major Requesting A New ID on 10/01/17
Filed A Detainee Request form with CBDC warden Requesting A New ID on 10/02/17
Filed A Detainee Health Request Form. Expedite my getting A New ID on 10/02/17
Called Loved ones At home Asking them to contact federal marshalls an/or CBDC WARDEN

**STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA (Incluir documentacion, nombre de cualquier testigo que certifique sa aucia y fecha del incidente.** On 9/30/17 In Alpha Pom CBDC
I was Denied my Heart Meds (CHO and triple Bypass) because I
Had lost my USMS-Detainee CBDC Identification card by GEO officer Sergent
Garcia And the GEO Health Provider  Both  5375117 and
myself were told in order to receive any medication we needed our I.D cards.
Sgt Garcia Actually called me by Name when he told me I needed AN ID. Mr
masso was able to locate his I.D card+received his meds. I did Not For over 3 days
I've been Trying to obtain AN ID So I can receive my meds, which equates to over
30 doses of medicine I have missed putting me in A life threatning situation
Twice I have been Rushed to the Hospital from CBDC in AN Ambulance for my
HEART once with a massive Heart attack when

**ACTION REQUESTED / ACCION SOLICITADA:** I stayed there And had surgery And once
more recently with Heart Fatigue Both of these incidents occured within
the last couple of months as well as hospitalized Twice for strokes I have
exhausted All of the Proper Protocal I know to Remedy this problem

Detainee's Signature / Firma Del Preso  Date / Fecha _10/02/17_  PLEASE HELP

**Decision and Reason / Decisión y Razones:**

Signature / Firma _____  Date / Fecha ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



The GEO Group, Inc.

# REQUEST FOR HEALTH SERVICES
## SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**　　☒ **Medical Complaint**　　☐ **Dental Complaint**
**Motivo Psicológico**　　**Motivo Médico**　　**Motivo Dental**

Print: Gregory Forbes　　　　246094 79　　A-44

Letra-Molde:　Inmate's Name　　　Number　　Housing Location　Duty Hours
　　　　　Nombre del Preso　　　Numero　　Sitio de Vivienda　Horas de Trabajo

**Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your records.**

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en sus récords. Reclusos de habla hispana pueden solicitar dicha asistencia en español.

PROBLEM/QUEJA: Problem is I was told without an ID card, I could not Receive my medications on 9/30/17 by Seargent Garcia and health provider　　　　　　　Even though They were calling me by Name, I was denied my morning Meds due to No ID for the Past 3 days, I've Been Trying to get my ID Please see if you can Help expedite

　　　　　　　　　　　　　　　　　　10/02/17

Inmate's Signature/Firma del Preso　　　　Date of Request/Fecha de Solicitud

═══ DO NOT WRITE BELOW THIS LINE/NO ESCRIBA DEBAJO DE ESTA LINEA ═══

Date/Time Received: _____

Date/ Time Triaged: _____

☐ **Written Response (see below)**　☐ **Referred To:** _____　☐ **Appointment Made**

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

_____

_____　　　_____
　　　**Medical Staff Signature**　　　　　　　　　　　**Date**

Rev 2/11, 6/11　　　　　　　　　　　　　　　　　　　　　　　　HS-154 (SP)

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:
Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian          ☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian    ☐ Property / Propiedad

☐ Major / Mayor              ☐ Kitchen / Cocina

☐ Classification / Clasificación       ☐ Library / Biblioteca

☐ Laundry / Lavandería         ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial      ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico

Date / Fecha: 10/02/17          Housing / Dormitorio: A-44

From / De: Gregory Forbes        ID # / Numero de ID: 24609479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor). I desperately need an ID card I am being denied my medication because I lost my original Identification card I filed a request with my case worker on 9/30/17, and the Major on 10/2/17 As of today I have been denied over 30 doses of medication which is putting me in a life threatening situation These are medications for my heart please help

Staff Response / Contestacion: _____

Staff Signature: _____      Date 10/3/17

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☒ Warden / Guardian

☐ Chaplain / Capellán

☐ Assistant Warden / Asistente Guardian

☐ Property / Propiedad

☐ Major / Mayor

☐ Kitchen / Cocina

☐ Classification / Clasificación

☐ Library / Biblioteca

☐ Laundry / Lavanderia

☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial

☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: 10/03/17     Housing / Dormitorio: A-4

From / De: Gregory S Forbes     ID # / Numero de ID: 24609479

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): I had Sent in 3 request One to my Case Worker 9/30/17 one to the Mayor 10/1/17 and one to you on 10/02/17 All requesting an ID because I need one to Receive my Medication. Today 10/03/17 I received All 3 back stating "ID Provided" That is A lie or simply not true. It is now day 4 no meds (36 dosages of meds) I have even verbally requested an ID on 10/02/17 to GEO officer Ramerez and 10/03/17 GEO officer Dekon Both officers said they would. Niether did All 3 request were signed by the same person Simply writing "ID Provided" on A Piece of paper does not solve the issue of no meds which becomes more life threatening each day. If an ID was provided who was it provided to? Not me. I've sent request to my Caseworker the Mayor You and Even Medical trying to resolve my problem. I have filed A grievance. I have verbally asked for Help and even called my love ones. And asked them to

Staff Response / Contestacion: Notify You And/or The Federal Marshalls I don't know what else to do. I can feel myself getting worse. Please Help me

Staff Signature: _____     Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## Detainee Request to Staff (Forma de petición para personal)

To / Para:

Your request will be answered quicker, if you submit to the appropriate department. (Su petición será contestada más rápidamente, si usted la somete al departamento apropiado.)

☐ Warden / Guardian                    ☐ Chaplain /   Capellán

☐ Assistant Warden / Asistente Guardian   ☐ Property /   Propiedad

☒ Major / Mayor                        ☐ Kitchen / Cocina

☐ Classification / Clasificación        ☐ Library / Biblioteca

☐ Laundry / Lavanderia                 ☐ Mailroom / Cuarto de Correo

☐ Special Visit / Visita Especial      ☐ Offender Trust Fund / Dinero de Delincuente

☐ Detainee Telephones / Teléfono de Detenido

*Grievances / Disciplinary appeals should be completed on a Step One Grievance Form.
Quejas y Apelaciones de Disciplina deben utilizar la forma de quejas.

*Medical Request should be completed on a medical request form.
Quejas de Medico deben utilizar la forma de Medico.

Date / Fecha: _____   Housing / Dormitorio: _____

From / De: _____   ID # / Numero de ID: _____

Reason / Razon: You must be specific in your request so the staff can better answer (Usted debe ser específico en su petición para que el personal le pueda contestar mejor): _____

_____

_____

_____

_____

_____

Staff Response / Contestacion: _____

_____

_____

_____

_____

_____

_____

_____

Staff Signature: _____        Date: _____

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

## The GEO Group, Inc.
### DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: _____     Detainee ID Number: _____
Nombre Del Preso                                               Numero Del ID Preso

Housing Unit: _____ Housing Dorm: _____
Unidad Vivienda                                               Dormitorio

Check if an Emergency Grievance:    ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

**OFFICE USE ONLY – Para Uso De La Oficina Solamente**

Unit Number: _____     Code: _____
Date Received: _____     GC Signature: _____
WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance   ☐ Emergency Grievance   Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar una solution informal:

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su aucia y fecha del incidente.       GE CBDC

medical did Not have or provide ME with All my medicATions for 2 days, 11-22-17 AND 11-23-17 I did Not refuse my medicATions. I EVEN ASKED LVN MEDRANO, A Nurse who works AT CBDC, to Please TRy to locate my medicATion. He did AN EXTRA physicAl seARch For my medicATion And conFirmed CBDC Did NOT HAVE All my medicATions, buT They WERE ON Order. That Night ThanksgivinG I WAS RusHed to CHRistus Spon Hospital by AmbulENCE

ACTION REQUESTED/ ACCION SOLICITADA: with A Heart AttAck

Detainee's Signature / Firma Del Preso            Date / Fecha   12/28/2017

Decision and Reason / Decision y Razones:

Signature / Firma                                                           Date / Fecha

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad; (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File. / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla


The GEO Group, Inc.

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ Psychological Complaint
Queja Psicológica

☒ Medical Complaint
Queja Medica

☐ Dental Complaint
Queja Dental

Print: _Gregoria Falbus_  _246054474___ _A_

Inmate/Detainee/Resident's (I/D/R) Name    Number    Housing Location    Duty Hours
Nombre de Identificación    Numero    Lugar de Vivienda    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request.  Please allow several days for your request to be submitted, answered, and returned.  A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud.  Por favor permita varios dias para que su solicitud sea procesada.  Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _I had heart surgery on the 11th of_ _December 2019 and have not received all my_ _medications since December 24th. I am in_ _a lot of pain and need my medication_ _please help it is been 15 days and this_ _is my second request_

_Gregory Falbus_  _12-29-2019_

I/D/R's Signature/Firma    Date of Request / Fecha de Solicitud

→ **STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA** ←

Date/Time Received: _____    ☐ ROUTINE
Date/Time Triaged: _____    ☐ URGENT **

☐ Written Response (see below)   ☐ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____
_____
_____
_____
_____

_____    _____
Medical Staff Signature/Stamp    Date

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: _____  Detainee ID Number: _____
Nombre Del Preso                          Numero Del ID Preso

Housing Unit: _____  Housing Dorm: _____
Unidad Vivienda                           Dormitorio

Check if an Emergency Grievance:   ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

| OFFICE USE ONLY - Para Uso De La Oficina Solamente | |
| --- | --- |
| Unit Number: | Code: |
| Date Received: | GC Signature: |

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance  ☐ Emergency Grievance   Warden or Designee Approval: _____

Specify how and when informal resolution was attempted / Especifique como y cuando trato de hallar una solution informal:

I have asked NURSES at pill call, Filled out medical Request, and Asked the Doctor

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su aucia y fecha del incidente.

CBRC has Failed to provide me with my medication Again, I have Already been to the Hospital 3 times when They have RAN out - Twice with HEART attacks and once, I even Received open HEART SURGERY A little OVER 2 weeks ago, This Time They have Failed to give me my PAIN medication FOR OVER 6 days I Am IN extreme PAIN And have told The NURSES Doctor And Filled out 3 medical Request Forms Please Help

ACTION REQUESTED/ ACCION SOLICITADA:

Detajnee's Signature / Firma Del Preso                    Date / Fecha

Decision and Reason / Decision y Razones:

Signature / Firma                                          Date / Fecha

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Bianca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forbes
Nombre Del Preso

Detainee ID Number: 24609479
Número Del ID Preso

Housing Unit: Costal Ben Detention Center
Unidad Vivienda

Housing Dorm: Alpha
Domitorio

Check if an Emergency Grievance: ☐ yes (si) ☐ no (no)
Marque si es una queja de emergencia

**OFFICE USE ONLY – Para Uso De La Oficina Solamente**

Unit Number: _____  Code: _____
Date Received: _____  GC Signature: _____
WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance ☐ Emergency Grievance  Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar **una solution informal:**

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique sa aucia y fecha del incidente. PRIOR TO MY release from CHRISTUS SPON SHORE LINE HOSPITAL, ON OR ABOUT 11-27-17, FOR HAVING 2 HEART Attacks, I EXPRESSED MY FEAR AND concern to THE HOSPITAL DISCHARGE NURSE THAT CBDC WOULD NOT HAVE MY medication. SHE, Herself Called CBDC ON MY behalf Because IN HER professional OPION, AS She explained it to me, Thought it WAS extremely dangerous to return me to AN Environment, where All my medication were NOT Available FOR me. She contacted And spoke with Nurse Dabbs AT CBDC, who according to the Christus Span Discharge NURSE, Just Laughed And said "Mr Forbes refuses his meds And That they currently HAVE All my medications Available AT the Facility. This WAS A Lie Based on That phone call, I was returnd to CBDC where They DID NOT HAVE

ACTION REQUESTED/ ACCION SOLICITADA: All my medications. LVN Searched for my meds But could not Find Them, because They were Not There Shortly There after I was rushed to the Hospital by ambulence with another Heart Attack, which resulted in open Heart surgery

Detainee's Signature / Firma Del Preso

Date / Fecha  12/29/2017

Decision and Reason / Decision y Razones:

Signature / Firma

Date / Fecha  ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



The GEO Group, Inc.

# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
   **Queja Psicológica**

☒ **Medical Complaint**
   **Queja Medica**

☐ **Dental Complaint**
   **Queja Dental**

Print: _Gregorio Estes_     _24609474_     _71_     _____

Inmate/Detainee/Resident's (I/D/R) Name     Number     Housing Location     Duty Hours
Nombre de Identificación     Numero     Lugar de Vivienda     Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _Both Nurse Paus and nurse had informed_
_me that the pill call records state that I did NOT_
_take my night medication on 12-26-17, 12-27-17_
_and 12-28-17. Please if there is any way that I took these_
_medications would it be possible to Nurse Sanchez knew I was taking_
_some or these medications, or is nurse Sanchez not_
_keeping correct records? Please investigate._

_[signature]_        _12-30-17_

**I/D/R's Signature/Firma**        **Date of Request / Fecha de Solicitud**

→ **STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA** ←

Date/Time Received: _____     ☐ ROUTINE
Date/Time Triaged: _____     ☐ URGENT **

☐ Written Response (see below)   ☐ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

_____        _____
Medical Staff Signature/Stamp        Date

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forbes
Nombre Del Preso

Detainee ID Number: 241009479
Numero Del ID Preso

Housing Unit: Coastal Bend Detention Center
Unidad Vivienda

Housing Dorm: A Dorm
Dormitorio

Check if an Emergency Grievance:   ☐ yes (si)   ☐ no (no)
Marque si es una queja de emergencia

**OFFICE USE ONLY – Para Uso De La Oficina Solamente**

Unit Number: _____   Code: _____

Date Received: _____   GC Signature: _____

WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)

Process as: ☐ Regular Grievance   ☐ Emergency Grievance   Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar una solution informal:

I asked the duty officer (Nurse) to please get my medication and explained that this is an ongoing, continuous problem.

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA (Incluir documentacion, nombre de cualquier testigo que certifique sa aucia y fecha del incidente.

On 1-6-2018, at morning pill call, I was informed by the CSS caregiver at CBDC, that not all of my heart medications were available. 3 times in the past 2 months I have been rushed to the hospital by ambulance when they ran out of my medication, Resulting in 3 heart attacks and an open heart surgery. Obviously this is an ongoing problem that puts my life in danger.

ACTION REQUESTED/ ACCION SOLICITADA: To please Not Run out of my medication.

Detainee's Signature / Firma Del Preso

Date / Fecha   1/6/2018

Decision and Reason / Decision y Razones:

Signature / Firma _____   Date / Fecha ___/___/___

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad: (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal.
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla



# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
**Queja Psicológica**

☒ **Medical Complaint**
**Queja Medica**

☐ **Dental Complaint**
**Queja Dental**

Print: _Gregoria Partide S_　　　_78608479_　　　_H_

Inmate/Detainee/Resident's (I/D/R) Name　　Number　　Housing Location　　Duty Hours
Nombre de Identificación　　Numero　　Lugar de Vivienda　　Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _on 1-6-2018 at morning pill call I was informed that my provider ordered most of all_
_medication the claim could be at risk when my medication_
_change them this would be lead to the Heart & attacks_
_Im nurse issue two out of my medication Those who_
_had attacks and adverse a bypass surgery Now Help_

_[signature]_　　　_1-6-2018_

**I/D/R's Signature/Firma**　　　**Date of Request / Fecha de Solicitud**

---

→ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ←

Date/Time Received: _____

Date/Time Triaged: _____

☐ ROUTINE

☐ URGENT **

☐ Written Response (see below)　☐ Referred To: _____　☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

Medical Staff Signature/Stamp _____　　　Date _____



# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ Psychological Complaint    ☒ Medical Complaint    ☐ Dental Complaint
Queja Psicológica           Queja Medica         Queja Dental

Print: _Greg M Forbes_     _246094479_   _A-dorm_    _C_

Inmate/Detainee/Resident's (I/D/R) Name    Number      Housing Location    Duty Hours
Nombre de Identificación               Numero       Lugar de Vivienda    Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios dias para que su solicitud sea procesada. Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _Today 1-7 here is day two of not receiving all_
_of my heart medications and now my pain medication is not_
_available as well. Nurse on duty informed me that on 1-6-2018_
_the 1st day of not having all my medications w/ my heart_
_Intensity personally conducted an officer physical search to find_
_on my meds but there was none available. Please help_
_the last 3 times that my prescription ran out it was rushed to_
_the hospital for a internist. Please help_

I/D/R's Signature/Firma             _1-7-20-18_

Date of Request / Fecha de Solicitud

→ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ←

Date/Time Received: _____    ☐ ROUTINE
Date/Time Triaged: _____     ☐ URGENT **

☐ Written Response (see below)   ☐ Referred To: _____    ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

_____

Medical Staff Signature/Stamp           Date



# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

☐ **Psychological Complaint**
**Queja Psicológica**

☒ **Medical Complaint**
**Queja Medica**

☐ **Dental Complaint**
**Queja Dental**

Print: _Greens Folpes_ _____  _2966SPN79_  _Anstein_  _C/O_

Inmate/Detainee/Resident's (I/D/R) Name   Number      Housing Location   Duty Hours
Nombre de Identificación            Numero     Lugar de Vivienda   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request. Please allow several days for your request to be submitted, answered, and returned. A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud. Por favor permita varios días para que su solicitud sea procesada. Una copia de su solicitud será archivada en su record médico.

PROBLEM/QUEJA: _It has been about 4 weeks since my open_
_Heart surgery and I have not had a Follow up_
_visit and this is my second request for one_
_more Help This is my life_ _____

_____

_[signature]_

I/D/R's Signature/Firma                _1-8-246_

                        Date of Request / Fecha de Solicitud

**➤ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ◄**

Date/Time Received: _____        ☐ ROUTINE

Date/Time Triaged: _____        ☐ URGENT **

☐ Written Response (see below)   ☐ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

_____
Medical Staff Signature/Stamp                Date

Rev 2/11, 6/11, 1/13, 1/15, 5/17                                    HS-154 (Dual)



# REQUEST FOR HEALTH SERVICES
# SOLICITUD PARA SERVICIOS MEDICOS

| ☐ Psychological Complaint<br>Queja Psicológica | ☑ Medical  Complaint<br>Queja Medica | ☐ Dental Complaint<br>Queja Dental |
|---|---|---|

Print: _Gregory Forbes_ ___2409479___ _Alpha_ ___∅___

Inmate/Detainee/Resident's (I/D/R) Name   Number   Housing Location   Duty Hours
Nombre de Identificación   Numero   Lugar de Vivienda   Horas de Trabajo

Briefly state the reason for your request; you will receive a response to your request.  Please allow several days for your request to be submitted, answered, and returned.  A copy of your request will be filed in your medical record.

Explique brevemente la razón de su solicitud; recibirá respuesta a su solicitud.  Por favor permita varios dias para que su solicitud sea procesada.  Una copia de su solicitud será archivada en su récord médico.

PROBLEM/QUEJA: _I was given the wrong meds at night pill_
_call by Nurse Sanchez, she gave me Cotace. I_
_was not aware it was the wrong medicine till the_
_next day when Nurse Ezeomekwe me that did not_
_actually and Nurse Sanchez gave me the wrong meds, she_
_did not forward give me my meds. My Blood pressure was top_
_over the following morning after receiving the wrong_
_meds at night_

_____   ___1-28-2017___
I/D/R's Signature/Firma   Date of Request / Fecha de Solicitud

→ STAFF ONLY - DO NOT WRITE BELOW THIS LINE/EMPLEADOS SOLAMENTE - NO ESCRIBA DEBAJO DE ESTA LINEA ←

Date/Time Received: _____   ☐ ROUTINE
Date/Time Triaged: _____   ☐ URGENT **

☐ Written Response (see below)  ☐ Referred To: _____   ☐ Appointment Made

Triage Nurse: (Signature/Title Stamp) _____

ACTION TAKEN: _____

_____

_____

_____

_____

_____

_____          _____
Medical Staff Signature/Stamp                      Date

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
### FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Forbes
Nombre Del Preso

Detainee ID Number: 24609479
Numero Del ID Preso

Housing Unit: Costal Bend Detention Center
Unidad Vivienda

Housing Dorm: H-5
Dormitorio

Check if an Emergency Grievance:    ☐ yes (si)    ☐ no (no)
Marque si es una queja de emergencia

| OFFICE USE ONLY – Para Uso De La Oficina Solamente |
|---|

Unit Number: _____        Code: _____
Date Received: _____      GC Signature: _____
WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance)
Process as: ☐ Regular Grievance  ☐ Emergency Grievance    Warden or Designee Approval: _____

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar **una solution informal**:

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentacion, nombre de cualquier testigo que certifique su aucia y fecha del incidente. ON 1-29-2018 AT Night meds, I WAS NOT given All my heart medications (ie. Lipitor) In the past when CBDC has Not provided me with All my medications, I have been Admitted to the Hosptal At least 3 Times (3 Heart attacks and Open Heart Surgery was the end result) I DO NOT understand why I AM Constantly subjected to Negligence And lack of proper medical CARE in dispensing my medications. IT IS LITERALLY Killing me. PLEASE Help

ACTION REQUESTED/ ACCION SOLICITADA: I Would like to RECEIVE my HEART medications As PREScribed. 3 heart Attacks AND A BYPASS SURGERY LATER (All which occured when my meds WERE Not given to me)

Detainee's Signature / Firma Del Preso

Date / Fecha  1-29-18

Decision and Reason / Decision y Razones:

Signature / Firma                                  Date / Fecha

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad: (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

# The GEO Group, Inc.
## DETAINEE GRIEVANCE FORM – STEP 1
## FORMA PARA QUEJAS DE LOS PRESOS

Detainee Name: Gregory Fulbes
Nombre Del Preso

Detainee ID Number: 246094479
Numero Del ID Preso

Housing Unit: Costal Bend detention Center
Unidad Vivienda

Housing Dorm: G
Dormitorio

Check if an Emergency Grievance:   ☐ yes (si)   ☑ no (no)
Marque si es una queja de emergencia

| OFFICE USE ONLY - Para Uso De La Oficina Solamente |
|---|
| Unit Number: _____   Code: _____ |
| Date Received: _____   GC Signature: _____ |
| WARDEN'S REVIEW (If grievance is checked as an Emergency Grievance) |
| Process as: ☐ Regular Grievance   ☐ Emergency Grievance   Warden or Designee Approval: _____ |

Specify how and when **informal resolution** was attempted / Especifique como y cuando trato de hallar **una solution informal**:
Asked the LVN dispensing night meds to please ORDER

STATE GRIEVANCE (Include documentation, name of any witnesses supporting your claim and date of incident. / ESPECIFIQUE LA QUEJA ( Incluir documentación, nombre de cualquier testigo que certifique sa aucia y fecha del incidente. ON 1-30-2018, AT Night Pill call, Not all my medications were Available for me as the M.A.R will show The Night before, 1-29-2018, not all my medication were Available for me either, It was different medications They were out of on the two seperate Nights, Hence a second grievance

ACTION REQUESTED / ACCION SOLICITADA: TO Please HAVE ALL my meds Available each and every day, I suffer from an Agresive Form of AN ADvanced pulmonary Disease That is controlled by diet and medication. There is no such Thing as a low sodium Diet at CBDC, so please provide me with All my medications

Detainee's Signature / Firma Del Preso _____   Date / Fecha 1/30/2018

Decision and Reason / Decision y Razones:

_____   _____
Signature / Firma                          Date / Fecha

If you are not satisfied with this Response, you may appeal to the Facility Committee through your Unit Grievance Coordinator. (See reverse side for further instructions.) Si usted no esta satisfecho con la Decision puede apelar al Facilidad Comite por medio del Coordinador de Quejas de su Unidad. (Ver el reverse donde hallara instrucciones adicionales.)

White Copy: Detainee File / Copia Blanca: Expediente del Detenido
Yellow Copy: Detainee Copy with Staff Response / Copia Amarilla: Copia del Detenido con Respuesta del Personal
Pink Copy: Detainee Copy when Submitted / Copia Rosa: Copia del Detenido al Entregarla

July 29, 2019

State of Texas
Nueces County
**ATTN**: Anne Lorentzan
Clerk of the Court
901 Lepard Street
Suite 313
Corpus Christi, TX 78401

**RE: Filing Of Civil Rights Complaint Pursuant To 42 U.S.C. § 1983**

Mr. Gregory Swank Forbes, Pro Se
Register Number 25609-479
P.O. Box 350  Poplar A/L
Federal Correctional Institution-Beckley
Beaver, WV 25813

Dear Clerk of the Lorentzan:

Hello. I am writing your office and the Court today in regards to the civil rights complaint I have enclosed herein. I have also enclosed a Motion to Proceed in Forma Pauperis and a Motion For Appointment of Counsel, and attached exhibits that I would like for the Court to review when analyzing my case. If your office has any questions please feel free to contact me at the above address.

In conclusion, due to my confinement in federal prison and limited access to pertinent forms and documents, I have requested the U.S. District Court in Corpus Christi, TX have the U.S. Marshals Service "perfect" service on the named defendants in this action.

In conclusion, I would like to take this opportunity to thank you and your staff for your anticipated assistance and cooperation in filing these documents on the Court docket sheet. It is **GREATLY** **APPRECIATED!** I anxiously await your response. And **thank** **you** again for your help.

Respectfully, I Am

GREGORY  SWANK  FORBES
PRO SE

RECEIVED

AUG 12 2019

ANNE LORENTZEN, DISTRICT CLERK
NUECES COUNTY

*All documents forwarded to : U.S. District Court clerk*
*So. thern District of Texas*

Mr. Gregory J. Torres
Reg. No. 24011-41.
P.O. Box 350 RAL
Federal Correctional Institution-Beckley
Beaver, WV 25813

7018 2290 0000 8880 3442

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 2290 0000 8880 3442



U.S. POSTAGE PAID
FCM LG ENV
BEAVER, WV
25813
AUG 05, 19
AMOUNT
$0.00
R2305K141865-02



UNITED STATES
POSTAL SERVICE®

1000

78401

24609-479
Nueces County
Anne Lorentzen, Clerk
901 Leopard ST
Suite 313
CORP Christi, TX 78401
United States

United States Courts
Southern District of Texas
FILED
AUG 14 2019
David J. Bradley, Clerk of Court

LEGAL MAIL!



**ANNE LORENTZEN**
NUECES COUNTY DISTRICT CLERK
P.O. BOX 2987
CORPUS CHRISTI, TX 78403

THIS ENVELOPE CONTAINS
*IMPORTANT*
LEGAL INSTRUMENTS FOR YOUR SAFEKEEPING

United States Courth
David Jr. Bradley - Cle
1133 North Shorelin
Corpus Christi, Texas

