United States District Court
Southern District of Texas
**ENTERED**
October 18, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGORY SWANK FORBES, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-231 |
| | § | |
| THE GEO GROUP, INC., *et al,* | § | |
| | § | |
| Defendants. | § | |

## ORDER

Plaintiff is a federal prisoner currently confined at the Federal Correctional Institution in Texarkana, Texas, and has filed this prisoner civil rights action pursuant to 42 U.S.C. § 1983. On September 17, 2019, Plaintiff was ordered to submit a more definite statement of the facts and state law issues involved in this action by responding to certain questions on or before November 1, 2019. (D.E. 12). On October 16, 2019, Plaintiff filed a motion requesting an indefinite extension of time to comply asserting his is not in possession of his legal materials. (D.E. 13). The Motion is **GRANTED** as follows. Plaintiff shall submit a more definite statement as previously ordered on or before **November 8, 2019**. No further extensions shall be granted. Further, Plaintiff is again cautioned that his Original Complaint is currently deficient and failure to comply with this Court's orders may result in the dismissal of this action under Rule 41(b) of the Federal Rules of Civil Procedure without further notice.

ORDERED this 18th day of October, 2019.

Jason B. Libby
United States Magistrate Judge