United States District Court
Southern District of Texas
**ENTERED**
January 14, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| GREGORY SWANK FORBES #24609-479 | § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:19-CV-231 |
| | § | |
| THE GEO GROUP, INC., *et al*, | § § | |
| | § | |
| Defendants. | | |

### ORDER SETTING TELEPHONE HEARING

A telephone hearing has been scheduled before:

**Jason B. Libby**
**United States Magistrate Judge**
**1133 N. Shoreline Blvd., 3rd Floor Courtroom**
**Corpus Christi, Texas 78401**

**on Friday, January 17, 2020 at 9:00 a.m.**

The Court will initiate the call through to Plaintiff at the telephone number for the Prison facility. The Warden and his staff are instructed to have the Plaintiff available to take the call, and to allow Plaintiff access to an area where Plaintiff can sit at a table, take notes, and have free access to his/her legal materials and writing utensils during the pendency of the call.

**The Warden is to ensure that the Plaintiff receives this order within 24 hours of the date of it. These proceedings will be recorded. The Warden and his staff must ensure the Plaintiff is on a landline telephone with a good connection.**

ORDERED this 13th day of January, 2020.

Jason B. Libby
United States Magistrate Judge

1 / 1